IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Daniel Sam Begay,<br><br>          Petitioner,<br><br>vs.<br><br>Deputy Warden Freeland, et al.,<br><br>          Respondents. | No.  CV10-1256 PHX DGC (ECV)<br><br>**ORDER** |

Petitioner Daniel Sam Begay has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Doc. 1.  United States Magistrate Judge Edward C. Voss has issued a report and recommendation ("R&R") recommending that the petition be denied and dismissed with prejudice.  Doc. 15.  No objection has been filed, which relieves the Court of its obligation to review the R&R.  *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3); *Thomas v. Arn*, 474 U.S. 140, 149 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).  The Court will accept the R&R and deny the petition.

**IT IS ORDERED:**

1. The R&R (Doc. 15) is **accepted**.

2. The petition for writ of habeas corpus (Doc. 1) is **denied and dismissed with prejudice**.

3. A certificate of appealability and leave to proceed *in forma pauperis* on appeal are **denied**

1      4.     The Clerk is directed to **terminate** this action.

2     Dated this 5th day of May, 2011.

*(signature)*

David G. Campbell
United States District Judge